O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-05276-AHM (OPx) | Date | April 4, 2011 |
|---|---|---|---|
| Title | SURETEC INSURANCE COMPANY v. MUNSON PLUMBING, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Sonia Linnaus  Not Present

**Proceedings:**   APPLICATION for Default Judgment against Defendant Munson Plumbing, Inc. filed by Plaintiff Suretec Insurance Company [11] (non-evidentiary)

For reasons and findings stated on the record, the Court grants the application for default.  Plaintiff must promptly submit a revised proposed judgment incorporating the Court's rulings.

:  02

Initials of Preparer  SMO